## IN THE UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE LLRICE 601 CONTAMINATION LITIGATION ) | Master Docket No. 4:06-MD-1811-CDP |
| ) | MDL Docket No. 1811 |
| This Filing Pertains to: ) | Judge Catherine D. Perry |
| GREGORY BALLMAN, individually and on behalf of all others similarly situated, ) Plaintiffs, ) v. ) BAYER CROPSCIENCE, et al., ) Defendants. ) | Index No. 4:07-cv-00051-CDP<br><br>*Granted and So Ordered*<br>*Catherine D. Perry*<br>*5/16/07* |
| FRANK BINKLEY, individually and on behalf of all others similarly situated, ) Plaintiffs, ) v. ) BAYER CROPSCIENCE, et al., ) Defendants. ) | Index No. 4:07-cv-00052CDP |
| LONNIE PARSON, et al., individually and ) on behalf of all others similarly situated, ) Plaintiffs, ) v. ) BAYER CROPSCIENCE, et al., ) Defendants. ) | Index No. 4:07-cv-00053-CDP |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE

Comes now Terry M. Poynter of Terry M Poynter, PA and moves to withdraw his entry of appearance on behalf of plaintiffs Gregory Ballman, Frank Binkley, and Lonnie Parson and Linda Parson. These plaintiffs will continue to be represented by co-counsel Scott E. Poynter of Emerson Poynter LLP.

Dated: May 15, 2007

/s/ Scott E. Poynter
Scott E. Poynter
Christopher D. Jennings
**Emerson Poynter LLP**
The Museum Center
500 President Clinton Ave. Ste. 305
Little Rock, AR 72201
Tel: 501.907.2555
Fax: 501.907.2556
scott@emersonpoynter.com

/s/ Terry M. Poynter
Terry M Poynter
**Terry M. Poynter, PA**
P.O. Box 370
Mountain Home, AR 72654